UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BO A. CHAMBERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:22-cv-05839-MLP<br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings, specifically, for a de novo hearing and new decision.

DATED this 31st day of March, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/Asim H. Modi
Asim H. Modi
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (312) 596-1868
Email: asim.modi@ssa.gov